# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:09CR00064 SWW

CARLES DENNIS

### ORDER OF DISMISSAL

Pending before the Court is government's motion for dismissal of the indictment against defendant, Carles Dennis, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #23] for dismissal of the indictment against the above-named defendant be **granted**, and the indictment pending against separate defendant Carles Dennis in the above-styled case is **dismissed without prejudice**.

DATED this 1st day of September 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE